IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENDELL L. MURPHY, | § | |
| Petitioner, | § § § | |
| VS. | § § | NO. 3-08-CV-0826-K |
| NATHANIEL QUARTERMAN, Director Texas Department of Criminal Justice, Correctional Institutions Division | § § § § | (Consolidated with 3:08-CV-1073-K) |
| Respondent. | § § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Petitioner's Objections to Findings and Recommendation of the United States Magistrate Judge, filed on November 3, 2008, are hereby **OVERRULED**.

SO ORDERED.

Signed this 11th day of November, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE